JOSEPH A. WILLIAMS, Respondent, *v.* NEW YORK POWER AND LIGHT CORPORATION, Appellant.

(Argued March 12, 1935; decided April 16, 1935.)

*Neile F. Towner* for appellant.

*Michael D. Reilly* and *Dermot C. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.